# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-96-Orl-28DAB

**IAN JEFFREY REID**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Dan Eckhart |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Amanda Regina Jacobson |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | John W. Mason |
| **DATE/TIME:** | February 15, 2008 2:00-2:15 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Counts One and Two of the Indictment.

IMPRISONMENT:    30 Months; 6 months on Count One and 24 months consecutive on Count Two.

Court Recommends:    That defendant participate in a drug rehabilitation program while incarcerated within the Bureau of Prisons.

Supervised Release:    3 years - which consists of 3 years on Count One and 1 year on Count Two to run concurrent. - Unsupervised provided defendant leaves and does not re-enter the U.S.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Cooperate in the collection of DNA, as directed by the probation officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $200.00.

DISMISSED COUNTS:    Three and Four of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.